PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Stanley Rothman                               Cr.: 03-00327-004

Name of Sentencing Judicial Officer: Jose L. Linares USDJ

Date of Original Sentence: 07-20-05

Original Offense: Conspiracy to Commit Embezzlement

Original Sentence: 07-20-05

Type of Supervision: Probation                    Date Supervision Commenced: 07-20-05

### PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of         Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall make restitution in the amount of $356,000. The restitution shall be paid at a rate of $500 per month.

### CAUSE

The offender was ordered to pay a restitution of $356,000 in full within 30 days of sentencing. Based on the offender's finances the Probation Office agrees that a monthly payment of $500 towards his restitution properly reflects the offender's ability to pay.

Respectfully submitted,

By: Luis R. Gonzalez
Senior U.S. Probation Officer
Date: 11-22-05

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/28/05
Date